No. 11M104. GASKINS *v.* ELI LILLY & CO.; and

No. 11M108. VLASTELICA, INDIVIDUALLY AND AS NEXT FRIEND OF CHEHAIBER *v.* BREND ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 11M105. CONYERS *v.* PISTOLE, ADMINISTRATOR, TRANSPORTATION SECURITY AUTHORITY. Motion for leave to proceed as a veteran denied.

No. 11M106. AVIDAIR HELICOPTER SUPPLY, INC. *v.* ROLLS-ROYCE CORP. Motion for leave to file petition for writ of certiorari with the supplemental appendix under seal granted.

No. 11M107. DUNSON *v.* MCKINNEY ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time under this Court's Rule 14.5 denied.

No. 11–8535. IN RE DELESTON. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [565 U. S. 1234] denied.

No. 11–9081. BIRDETTE *v.* WELLSTAR HEALTH SYSTEMS COBB HOSPITAL. C. A. 11th Cir.;

No. 11–9198. HARRINGTON *v.* HARRINGTON. App. Ct. Mass.;

No. 11–9406. IN RE WRIGHT; and

No. 11–9432. CHONG HAO SU *v.* CITY OF CINCINNATI, OHIO. Ct. App. Ohio, Hamilton County. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until June 4, 2012, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 11–1223. IN RE SHANG. Petition for writ of habeas corpus denied.

No. 11–9091. IN RE HIEN ANH DAO;

No. 11–9165. IN RE DUNLAP;

No. 11–9327. IN RE DURSCHMIDT; and

No. 11–9666. IN RE CARTER. Petitions for writs of mandamus denied.